UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 09-20215

D-12 ERNEST NEAL            Honorable Sean F. Cox

    Defendant.

_____/

## ORDER DETAINING DEFENDANT
## PENDING SENTENCING FOR SUPERVISED RELEASE VIOLATIONS

Pursuant to 18 U.S.C. § 3143, Defendant Ernest Neal having plead guilty to violations of supervised release, including testing positive for controlled substances, IT IS ORDERED that Defendant is DETAINED by the United States Marshals pending sentencing for the supervised release violations.

    IT IS SO ORDERED.

                                               S/Sean F. Cox
                                               Sean F. Cox
                                               United States District Judge

Dated: April 26, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 26, 2010, by electronic and/or ordinary mail.

                                               S/Jennifer Hernandez
                                               Case Manager